IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] XAVIER OROPEZA-ROSADO,<br>[2] JULIO ANGEL BERDECIA-RODRIGUEZ,<br>Defendants. | INDICTMENT<br>Criminal No. 25-477 (MAJ)<br><br>Violations:<br>21 U.S.C. § 841(a)(1) & 846<br>18 U.S.C. § 924(c)<br><br>NINE COUNTS |

THE GRAND JURY CHARGES:

### COUNT ONE
**Attempt to Possess with Intent to Distribute a Controlled Substance**
(21 U.S.C. § 846 and 841(a)(1))

On or about April 21, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**XAVIER OROPEZA-ROSADO,**

did knowingly and intentionally attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(ii)(II).

### COUNT TWO
**Attempt to Possess with Intent to Distribute a Controlled Substance**
(21 U.S.C. § 846 and 841(a)(1))

On or about June 27, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**XAVIER OROPEZA-ROSADO,**

did knowingly and intentionally attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(ii)(II).

### COUNT THREE
**Possession of a Firearm in Relation to a Drug Trafficking Crime**
(18 U.S.C. § 924(c))

On or about June 27, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**XAVIER OROPEZA-ROSADO,**

did knowingly possess a firearm in furtherance of a drug trafficking crime as defined in 18 U.S.C. § 924(c)(2), that is a violation of 21 U.S.C. § 841(a)(1) and 846, involving an attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as charged in Count Two of the Indictment herein, an offense that may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

### COUNT FOUR
**Attempt to Possess with Intent to Distribute a Controlled Substance**
(21 U.S.C. § 846 and 841(a)(1))

On or about January 4, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JULIO ANGEL BERDECIA-RODRIGUEZ,**

did knowingly and intentionally attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(ii)(II).

## COUNT FIVE
### Possession of a Firearm in Relation to a Drug Trafficking Crime
(18 U.S.C. § 924(c))

On or about January 4, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JULIO ANGEL BERDECIA-RODRIGUEZ,

did knowingly possess a firearm in furtherance of a drug trafficking crime as defined in 18 U.S.C. § 924(c)(2), that is a violation of 21 U.S.C. § 841(a)(1) and 846, involving an attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as charged in Count Four of the Indictment herein, an offense that may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT SIX
### Attempt to Possess with Intent to Distribute a Controlled Substance
(21 U.S.C. § 846 and 841(a)(1))

On or about October 7, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JULIO ANGEL BERDECIA-RODRIGUEZ,

did knowingly and intentionally attempt to possess with intent to distribute five

kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(ii)(II).

## COUNT SEVEN
### Possession of a Firearm in Relation to a Drug Trafficking Crime
(18 U.S.C. § 924(c))

On or about October 7, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JULIO ANGEL BERDECIA-RODRIGUEZ,

did knowingly possess a firearm in furtherance of a drug trafficking crime as defined in 18 U.S.C. § 924(c)(2), that is a violation of 21 U.S.C. § 841(a)(1) and 846, involving an attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as charged in Count Six of the Indictment herein, an offense that may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT EIGHT
### Attempt to Possess with Intent to Distribute a Controlled Substance
(21 U.S.C. § 846 and 841(a)(1))

On or about January 25, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JULIO ANGEL BERDECIA-RODRIGUEZ,

did knowingly and intentionally attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(ii)(II).

### COUNT NINE
**Possession of a Firearm in Relation to a Drug Trafficking Crime**
(18 U.S.C. § 924(c))

On or about January 25, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JULIO ANGEL BERDECIA-RODRIGUEZ,**

did knowingly possess a firearm in furtherance of a drug trafficking crime as defined in 18 U.S.C. § 924(c)(2), that is a violation of 21 U.S.C. § 841(a)(1) and 846, involving an attempt to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance as charged in Count Eight of the Indictment herein, an offense that may be

prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

TRUE BILL,

FOREPERSON

Date: 14-XI-2025

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division

6